# UNITED STATES DISTRICT COURT,
## DISTRICT OF ARIZONA

| | |
|---|---|
| David Highland, | Case No.: CV-11-1607-PHX-GMS |
| Plaintiff, | |
| v. | |
| Portfolio Recovery Associates, LLC, | **ORDER** |
| Defendant. | |

Pursuant to the parties' Stipulation of Dismissal With Prejudice (Doc. 22) and good cause appearing,

**IT IS HEREBY ORDERED** that the above-referenced matter is dismissed with prejudice, each side to bear their own fees and costs.

Dated this 8th day of May, 2012.

*A. Murray Snow*
G. Murray Snow
United States District Judge

1